IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN A. INDIVERI,** | Case No. C 17-00595-BLF |
| Plaintiff, | [PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **RICHARD MACK, et al.,** | |
| Defendants. | |

Defendants Dunlap, Gamboa, Hanter, Kumar, and Mack (Defendants) move this Court to change the deadline to file an opposition to Plaintiff's summary-judgment motion to November 8, 2018. Defendants also request that they be permitted to file a combination opposition to Plaintiff's summary-judgment motion and cross summary-judgment motion. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff must file and serve a reply and opposition to Defendants' motion no later than twenty-eight days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date Defendants' reply brief is due without a hearing.

Dated: 9/11/2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

1

[Proposed] Order (C 17-00595-BLF)