UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. INDIVERI,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD MACK, et al.,<br><br>Defendants. | Case No. 17-00595 BLF (PR)<br><br>**ORDER OF SERVICE ON DEFENDANTS ELLEN GREENMAN, M.D., AND KATHRYN GRAHAM** |

Plaintiff, a California state prisoner, proceeding *pro se*, filed a second amended civil rights complaint ("SAC") pursuant to 42 U.S.C. § 1983 against medical personnel at the Salinas Valley State Prison ("SVSP") and the medical appeals office. (Docket No. 38.) On August 9, 2018, the Court screened the SAC and directed the Clerk of the Court to mail service documents to Defendants Ellen Greenman, MD, and Kathryn Graham at SVSP. (Docket No. 47.) On August 31, 2018, the Court directed Plaintiff to file a notice providing the Court with current and accurate location information for Defendants Ellen Greenman, MD, and Kathryn Graham such that the Marshal is able to effect service. (Docket No. 51.) Plaintiff has filed a response to the Court's August 31, 2018 Order stating that Defendants Ellen Greenman, MD, and Kathryn Graham receive mail at Building C, P.O. Box 588500, Elk Grove, California 95758. (Docket No. 57.) Plaintiff's

notice includes an exhibit which indicates that Defendant Ellen Greenman, M.D., worked at California Correctional Health Care Services. (Docket No. 57 at 3.)

Based on the information provided, the Court will order the matter served on Defendants Ellen Greenman, MD, and Kathryn Graham at the address provided by Plaintiff.

The Clerk of the Court is directed to mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the second amended complaint, (Docket No. 38), all attachments thereto, a copy of the Court's August 9, 2018 Order, (Docket No. 47), and a copy of this order upon **Defendants Ellen Greenman, MD, and Kathryn Graham** at **California Correctional Health Care Services, Building C, P.O. Box 588500, Elk Grove, California 95758**. The Clerk shall also mail a copy of this Order to Plaintiff and counsel for Defendants who have already appeared in this action.

**IT IS SO ORDERED.**

Dated: September 26, 2018

BETH LABSON FREEMAN
United States District Judge

Order of Service on Defs. Greem,am amd Graham
PRO-SE\HRL\CR.17\00595Indiveri_serve-Greenman and Graham