IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN A. INDIVERI,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD MACK, et al.,**<br><br>Defendants. | Case No. C 17-00595-BLF<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT DO-WILLIAMS'S MOTION TO CHANGE TIME TO FILE A SUMMARY-JUDGMENT MOTION** |

    Defendant Do-Williams moves this Court to change the deadline to file a summary-judgment motion to January 7, 2019, so that it will join the deadline for Defendants Dunlap, Gamboa, Hanter, Kumar, and Mack to file a summary-judgment motion. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Plaintiff must file and serve a reply and opposition to Defendants Do-Williams, Dunlap, Gamboa, Hanter, Kumar, and Mack's summary-judgment motion no later than twenty-eight days from the date the motion is filed. Defendants shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed. Absent further order, the motion will be deemed submitted as of the date Defendants' reply brief is due without a hearing.

Dated: December 14, 2018

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

1

[Proposed] Order (C 17-00595-BLF)