United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. INDIVERI,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD MACK, et al.,<br><br>    Defendants. | Case No. 17-00595 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

**Dated:** March 5, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.17\00595Indiveri_judgment